UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIGHT ONE INVESTMENTS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. GILLINGHAM; RANDALL GILLINGHAM; MR. MAGOO COFFEE, LLC, and ALENA STEPHENSON,<br><br>Defendants.<br><br>RANDALL GILLINGHAM,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BRANDON FENTON,<br><br>Third-Party Defendant. | CASE NO: 2:20-CV-0393-TOR<br><br>ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AGAINST JOHN GILLINGHAM AND BRANDON FENTON |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

| | |
|---|---|
| 1  JOHN W. GILLINGHAM, | |
| 2         Third-Party Plaintiff, | |
| 3     v. | |
| 4  BRANDON FENTON, | |
| 5         Third-Party Defendant. | |

BEFORE THE COURT is a Stipulated Motion for Entry of Order of Dismissal of All Claims with Prejudice Against John Gillingham and Brandon Fenton. ECF No. 87. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is full informed.

The involved parties move to dismiss all claims against Defendant John Gillingham and all claims by Third-Party Plaintiff John Gillingham against Third-Party Defendant Brandon Fenton with prejudice and without costs or fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(ii), all claims and causes of action against Defendant John Gillingham and Third-Party Defendant Brandon Fenton are **DISMISSED** with prejudice and without costs or fees to any party.

1    The District Court Executive is directed to enter this Order and Judgment of

2  Dismissal, terminate John Gillingham and Brandon Fenton from the case, and

3  furnish copies to counsel.

4    DATED March 23, 2022.



                                     THOMAS O. RICE
                              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 3