AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRIGHT ONE INVESTMENTS, LLC., *Plaintiff* <br> v. <br> JOHN W. GILLINGHAM, BRANDON FENTON, *Defendant* | Civil Action No. 2:20-CV-0393-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(ii), all claims and causes of action against Defendant John Gillingham and Third-Party Defendant Brandon Fenton are DISMISSED with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE
   on the parties' Stipulated Motion to Dismiss (ECF No. 87).

Date: March 23, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry