UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIGHT ONE INVESTMENTS, LLC, a Washington limited liability company,<br><br>       Plaintiff,<br><br> v.<br><br>RANDALL GILLINGHAM; MR. MAGOO COFFEE, LLC, and ALENA STEPHENSON,<br><br>       Defendants. | NO: 2:20-CV-0393-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs. ECF No. 102. The parties agree that any and all claims, causes of action, and requests for relief in this matter shall be dismissed with prejudice and with each party bearing its own attorney's fees, costs, and expenses. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims, causes of action, and requests for relief in this matter are dismissed with prejudice and with each party bearing its own attorney's fees, costs, and expenses.

2. All pending motions, deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 4, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2