AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRIGHT ONE INVESTMENTS, LLC.,<br>*Plaintiff*<br>v.<br>RANDALL GILLINGHAM, MR. MAGOO COFFEE, LLC, and ALENA STEPHENSON,<br>*Defendant* | Civil Action No.  2:20-CV-0393-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Pursuant to Rule 41(a)(1)(ii) and the parties' stipulation, any and all claims, causes of action, and requests for relief in this matter are dismissed with prejudice and with each party bearing its own attorney's fees, costs, and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on the parties' Stipulated Motion to for Order of Dismissal with Prejudice and Without Costs. (ECF No. 102).

Date:  May 4, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry